# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAUL SANCHEZ ZAVALA,                    CASE NO. 1:09-cv-00679-SMS PC

                  Plaintiff,                    ORDER DENYING PLAINTIFF'S MOTION
                                FOR INITIAL DISCLOSURES

    v.                                      (ECF No. 17)

HECTOR RIOS, et al.,

                 Defendants.

_____/

      Plaintiff Raul Sanchez Zavala ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors.  Plaintiff filed a second amended complaint on June 10, 2010, which is pending screening.  On March 24, 2011, Plaintiff filed a motion for initial disclosures pursuant to Federal Rules of Civil Procedure 26.

      The discovery phase of this litigation is not yet open.  Plaintiff is directed to paragraph eight of the Court's First Informational Order, filed April 17, 2009.  In that order, Plaintiff was specifically informed that he may not conduct discovery until Defendants file an answer and the Court issues the discovery order.  Additionally, Federal Rule of Civil Procedure exempts from initial disclosure "an action brought without an attorney by a person in the custody of the Untied States."  Fed. R. Civ. Proc. 26(a)(1)(B).

///

///

1    Accordingly, it is HEREBY ORDERED that Plaintiff's motion for initial disclosures is

2 DENIED.

3    IT IS SO ORDERED.

4 **Dated:    May 2, 2011**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28