UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAUL SANCHEZ ZAVALA, | 1:09-cv-00679-BAM PC |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| vs. | |
| HECTOR RIOS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a federal prisoner proceeding pro se pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).  The court finds appointment of counsel is warranted. Dennis C. Cusick has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Dennis C. Cusick is appointed as counsel in the above entitled matter.

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

///

///

1  3. The Clerk of the Court is directed to serve a copy of this order upon Dennis C. Cusick, Post Office Box 2252, Martinez, California 94553.

IT IS SO ORDERED.

**Dated:**   **November 22, 2011**        /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE