# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANCHEZ ZAVALA, | CASE NO. 1:09-cv-00679-BAM PC |
| Plaintiff, | ORDER NOTIFYING PLAINTIFF THAT SERVICE OF PROCESS DOES NOT COMPLY WITH FED. R. CIV. P. 4 |
| v. | |
| HECTOR RIOS, et al., | (ECF No. 37) |
| Defendants. | TEN-DAY DEADLINE |

Plaintiff Raul Sanchez Zavala ("Plaintiff") is a federal prisoner proceeding in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On June 29, 2012, a proof of service was filed stating that service documents had been served on Senior Counsel of the Federal Bureau of Prisons.

At the time this action was opened, the Bureau of Prisons Regional Counsel, Litigation Coordinator, and United States Attorney's Office were added as counsel of record for administrative reasons, which has caused confusion in this action. No defendant has made an appearance in this action, therefore upon review of the record there is no evidence that service in compliance with Federal Rule of Civil Procedure 4 has been effected.

When serving an employee of the United States sued in his individual capacity, plaintiff is required to serve a copy of the summons and complaint on the United States and on the employee. Fed. R. Civ. P. 4(i)(3). Plaintiff's proof of service does not show that the employee has been served in compliance with Rule 4(i)(3) In this instance, Plaintiff is proceeding in forma pauperis and is

1  entitled to service of process by the United States Marshal.
2       Accordingly, it is HEREBY ORDERED that within ten days from the date of service of this
3  order, counsel for Plaintiff shall notify the Court if he intends to effect service of process on
4  Defendant or if he wants the United States Marshal to effect service of process.

7       IT IS SO ORDERED.
8    Dated:   **July 24, 2012**            /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE