1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RAUL SANCHEZ ZAVALA,                    CASE NO. 1:09-cv-00679-BAM PC

10                          Plaintiff,       ORDER DIRECTING THE CLERK OF THE
                                             COURT TO TERMINATE PLAINTIFF'S
11        v.                                 REQUEST FOR SERVICE

12  HECTOR RIOS, et al.,                     (ECF No. 40)

13                          Defendants.
                                        /
14

15        Plaintiff Raul Sanchez Zavala ("Plaintiff") is a federal prisoner proceeding in forma pauperis

16  in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of

17  Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights

18  by federal actors.  On July 31, 2012, Plaintiff filed a motion requesting the United States Marshal

19  serve the defendants in this action.  An order issued granting the motion on August 1, 2012.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate

21  Plaintiff's request for service, filed July 31, 2012.

22
23
24        IT IS SO ORDERED.

25  **Dated:    August 10, 2012**              _/s/_ **Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE
26
27
28

1