# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANCHEZ ZAVALA, | CASE NO. 1:09-cv-00679-BAM PC |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE PLAINTIFF'S REQUEST FOR SERVICE |
| v. | |
| HECTOR RIOS, et al., | (ECF No. 40) |
| Defendants. | |

Plaintiff Raul Sanchez Zavala ("Plaintiff") is a federal prisoner proceeding in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. On July 31, 2012, Plaintiff filed a motion requesting the United States Marshal serve the defendants in this action. An order issued granting the motion on August 1, 2012.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate Plaintiff's request for service, filed July 31, 2012.

IT IS SO ORDERED.

Dated: **August 10, 2012**             **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE

1