# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANCHEZ ZAVALA,<br><br>    Plaintiff,<br><br>v.<br><br>HECTOR RIOS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00679-BAM PC<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE SET FOR AUGUST 30, 2012 AND SETTING INITIAL SCHEDULING CONFERENCE FOR FEBRUARY 5, 2013 |

This action is currently set for an initial scheduling conference before the undersigned on August 30, 2012, at 10:00 a.m. On August 1, 2012, an order issued directing the United States Marshal to effect service of process on Defendants. Therefore, the initial scheduling conference set for August 30, 2012, shall be vacated and, to allow time for the United States Marshal to effect service of process, an initial scheduling conference shall be set for February 5, 2013, at 10:00 a.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The initial scheduling conference set before the undersigned on August 30, 2012, at 10:00 a.m. is VACATED; and

2. This matter is set for an initial scheduling conference before the undersigned on February 5, 2013, at 10:00 a.m. in Courtroom 8.

IT IS SO ORDERED.

Dated: **August 15, 2012**     /s/ **Barbara A. McAuliffe**
                                                                    UNITED STATES MAGISTRATE JUDGE