# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANCHEZ ZAVALA, | CASE NO. 09-cv-0679-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESPOND TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW |
| | (ECF No. 51) |
| v. | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO MARCH 8, 2013 |
| HECTOR RIOS, et al., | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AND COURTESY COPY ON PRISON LITIGATION COORDINATOR AT UNITED STATES PENITENTIARY IN ATWATER, CALIFORNIA |
| Defendants. | Date: March 8, 2013<br>Time: 10:00 a.m. PST<br>Courtroom: Yosemite |
| _____ / | |

Plaintiff Raul Sanchez Zavala ("Plaintiff") is a prisoner proceeding in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

The action is proceeding against Defendant Gonzaga for violating Plaintiff's right to procedural due process under the Fifth Amendment to the United States Constitution.

Plaintiff's counsel has filed a motion to withdraw. (ECF No. 51.) The court finds it necessary for Plaintiff to file a response to the motion and for the Court to continue the

initial scheduling conference.

    Accordingly, it is HEREBY ORDERED that:

1. This initial scheduling conference scheduled for February 7, 2013 is continued to Friday, **March 8, 2013** at 10:00 a.m. PST in the Yosemite Courtroom;

2. The parties should notify the court by **March 1, 2013**, if they wish to telephonically participate in the initial scheduling conference;

3. Plaintiff, in addition to his counsel of record, is required to appear by telephone for the March 8, 2013 conference;

4. Plaintiff is required to file a response to his counsel's motion to withdraw as an attorney (ECF No. 51) within **FOURTEEN (14) DAYS** of entry of this order;

5. The Clerk's Office shall serve this order on Plaintiff directly, and shall serve a courtesy copy of this order on the Litigation Coordinator at the institution; and

6. A joint scheduling report prepared by all counsel shall be electronically filed in CM/ECF at least one full week prior to the initial scheduling conference, and shall be emailed in WordPerfect or Word Format, to mjsorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   February 1, 2013        /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE