1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Defendant
   Alicia Gonzaga
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11
   RAUL SANCHEZ ZAVALA,                    Case No. 1:09-cv-00679-MJS
12
                   Plaintiff,              STIPULATION AND PROPOSED
13                                         ORDER TO CONVERT INITIAL
             v.                            SCHEDULING CONFERENCE TO
14                                         TELEPHONIC STATUS
   HECTOR RIOS, et al.,                    CONFERENCE
15
                   Defendants.
16

17

18      The parties to this action, in light of the pending Motion to Withdraw as Counsel for Plaintiff

19 (ECF No. 51) and Motion for Leave to Amend Fifth Amended Complaint (ECF No. 58), respectfully

20 request that the Initial Scheduling Conference scheduled for March 8, 2013, at 10:00 a.m. PST be

21 converted to a telephonic status conference and that the scheduling of this case be deferred until it is

22 resolved (1) whether Plaintiff's counsel will be permitted to withdraw and (2) whether Plaintiff will

23 be permitted to assert additional claims in this action.

24                                         Respectfully submitted,

25 Dated: March 1, 2013                    LAW OFFICE OF DENNIS C. CUSICK

26
                                            /s/ Dennis C. Cusick [Authorized 3/1/13]
27                                          DENNIS C. CUSICK
                                            Attorney for Plaintiff
28

STIPULATION AND PROPOSED ORDER          1
TO CONVERT INITIAL SCHEDULING
CONFERENCE

| | |
|---|---|
| Dated: March 1, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant<br>Alicia Gonzaga |

### **ORDER**

Good cause appearing, the above stipulation is approved and it is ORDERED that the hearing scheduled for 10:00 a.m., March 8, 2013, shall be a Status Conference at which counsel for all parties shall appear telephonically via Court Call or such other conferencing system arranged by one party for the benefit of all others and the Court.

IT IS SO ORDERED.

Dated: __March 4, 2013__     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE